E-Filed: 11.19.10

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKINS HOLDING CORPORATION,<br>a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>BGT TRANS, INC., a California corporation,<br>            Defendant. | CASE NO. CV 09-08982 MMM (MANx)<br><br>JUDGMENT FOR PLAINTIFF |

On April 2, 2010, plaintiff Bekins Holding Corporation ("Bekins") filed a motion for default judgment against defendant BGT Trans, Inc. ("BGT"). In an order dated November 19, 2010, the court granted plaintiff's motion. Accordingly,

      IT IS ORDERED AND ADJUDGED

1. That plaintiff recover $207,600.00 as damages for trademark infringement and cybersquatting, and reasonable attorneys' fees. This sum shall bear post-judgment interest at the rate of .24 percent;

2. Defendant BGT, its principals, agents, servants, officers, directors, members, subsidiaries, affiliates, employees and attorneys, and those in active concert, participation or privity with it, including through any alias ("the BGT Persons"),

are permanently enjoined from:

    using the "Bekins" name and mark, the "Bekins Moving and Storage" name and mark, the "Bekins Worldwide Solutions" name and mark, or the "Bekins Tradeshow Services" name and mark ("the Bekins marks");

    using a URL address, or slogan that consists in whole or in part of the term "Bekins";

    or using any other name, mark, domain name, URL address, or slogan which is a reproduction, counterfeit, copy or colorable imitation of any of the Bekins marks.

    doing any other act or thing likely to confuse, mislead or deceive others into believing that the products and services distributed, offered for sale, or sold by the BGT Persons emanate from Bekins or are connected with, sponsored by or approved by Bekins;

3. Defendant BGT shall within 14 days of the entry of this order, in accordance with 15 U.S.C. § 1118, deliver to Bekins for destruction all, labels, signs, packages, wrappers, receptacles, advertisements and documents, including invoice and price quote forms, as well as all plates, models, matrices and other means of making the same, in BGT's possession, custody or control bearing the trademark BEKINS, or any other reproduction, counterfeit, copy, simulation, or colorable imitation of Bekins's marks.

4. Defendant BGT shall transfer to Bekins the &lt;BEKINSMOVE.com&gt; domain name.

5. That the action be, and it hereby is, dismissed; and

6. That Bekins recover its costs of suit herein.

DATED: November 19, 2010

                                   *Margaret M. Morrow*
                                MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE